UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABERE NEWETT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAPFROG ENTERPRISES, INC., *et al.*,<br><br>Defendants.<br>_____/ | No. C-15-0347 EMC<br><br>**ORDER GRANTING THE MOTION OF KBC ASSET MANAGEMENT NV FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL**<br><br>**(Docket Nos. 17, 18, 20, 22)** |

Having considered all motions for appointment as lead plaintiff in the above-referenced action, the Court having read and considered all papers, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

Having considered the application by KBC Asset Management NV ("KBC") seeking appointment as lead plaintiff and approval of its selection of lead counsel, pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and for good cause shown, the Court hereby enters the following order:

**CONSOLIDATION, MASTER DOCKET AND MASTER FILE**

1. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned action, and any subsequently filed or transferred related actions are hereby **CONSOLIDATED** for all purposes.

2. A Master Docket and Master File shall be established for the Consolidated Action. The Master File shall be captioned *In re LeapFrog Enterprises, Inc. Securities Litigation*, Civil Action No. 3:15-CV-00347-EMC.  All orders, pleadings, motions and other documents shall, when filed and docketed in the Master File, be deemed filed and docketed in each individual case to the extent applicable.  When an order, pleading, motion or document is filed with a caption indicating that it is applicable to fewer than all of these consolidated actions, the clerk shall file such pleadings in the Master File and note such filing in the Master Docket and in the docket of each action referenced.

**NEWLY-FILED OR TRANSFERRED ACTIONS**

3. When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred to this Court from another court, the Clerk of this Court shall:

   (a) file a copy of this Order in the separate file for such action;

   (b) deliver a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

   (c) make the appropriate entry in the docket for this action.

4. Each new case that arises out of the subject matter of this Consolidated Action and is filed in this Court or transferred to this Court shall be consolidated with this action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order, within ten days after the date upon which a copy of this Order is served on counsel for such party, files an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

**APPOINTMENT OF LEAD PLAINTIFF AND CO-LEAD COUNSEL**

5. The Court hereby holds that KBC is the "most adequate plaintiff" and that it satisfies the requirements of the PSLRA.  The Court hereby **APPOINTS** KBC as Lead Plaintiff in the Consolidated Action.

6. Lead Plaintiff, pursuant to the PSLRA, has selected Motley Rice LLC ("Motley Rice") and Robbins Geller Rudman & Dowd LLP ("Robbins Geller") to serve as Co-Lead Counsel.

This Court **APPROVES** its selection, and hereby **APPOINTS** Motley Rice and Robbins Geller to serve as Co-Lead Counsel for the Class. Counsel shall receive and abide by the Court's guidelines to limit costs and expenses used in other cases. *See, e.g.*, *In re Carrier IQ*, No. C-12-2330 EMC (N.D. Cal.) (Docket No. 110).

This order disposes of Docket Nos. 17, 18, 20, and 22.

IT IS SO ORDERED.

Dated: May 5, 2015

_____
EDWARD M. CHEN
United States District Judge