ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MATTHEW S. MELAMED (260272)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
willowr@rgrdlaw.com
mmelamed@rgrdlaw.com

MOTLEY RICE LLC
JAMES M. HUGHES (*pro hac vice*)
WILLIAM S. NORTON
CHRISTOPHER F. MORIARTY
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
jhughes@motleyrice.com
bnorton@motleyrice.com
cmoriarty@motleyrice.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC. SECURITIES LITIGATION | Master File No. 3:15-cv-00347-EMC |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE |
| ALL ACTIONS. | |

1191373_1

1  Pursuant to Civil Local Rule 7-12, the parties – lead plaintiff KBC Asset Management NV
2  ("Lead Plaintiff") and defendants LeapFrog Enterprises, Inc., John Barbour, and Raymond L. Arthur
3  ("Defendants") – by and through their undersigned counsel of record, submit the following
4  stipulation and proposed order:

5  WHEREAS, on May 26, 2015, the Court previously granted the parties' stipulated request to
6  continue the scheduled case management conference from September 24, 2015 to October 8, 2015
7  (Dkt. No. 49);

8  WHEREAS, on November 9, 2015, the Court previously granted the parties' stipulated
9  request to continue the scheduled case management conference from January 14, 2016 to March 24,
10 2016, and entered the proposed schedule for Lead Plaintiff to file an amended complaint and a
11 briefing schedule for Defendants' anticipated motion to dismiss (Dkt. No. 69);

12 WHEREAS, on September 2, 2016, the Court previously granted the parties' stipulated
13 proposed schedule for Lead Plaintiff to file a second amended complaint and a briefing schedule for
14 Defendants' anticipated motion to dismiss (Dkt. No. 96);

15 WHEREAS, on September 20, 2016, Lead Plaintiff filed the Second Amended Consolidated
16 Class Action Complaint for Violation of the Securities Laws against Defendants (the "Complaint")
17 (Dkt. No. 97);

18 WHEREAS, Defendants' anticipated motion to dismiss the Complaint is due on November 4,
19 2016; Lead Plaintiff's opposition to Defendants' motion to dismiss the Complaint is due on
20 December 19, 2016; Defendants' reply in support of their motion to dismiss is due January 19, 2017;
21 and the hearing on Defendants' motion to dismiss is set for February 2, 2017;

22 WHEREAS, the Initial Case Management Conference is currently set for October 18, 2016,
23 and the Case Management Statement is currently due by October 11, 2016 (Dkt. No. 94);

24 WHEREAS, discovery in this action is presently stayed pursuant to the Private Securities
25 Litigation Reform Act of 1995, 15 U.S.C. §78u-4; and

26 WHEREAS, the parties have conferred and agree that conducting the Initial Case
27 Management Conference before resolution of Defendants' anticipated motion to dismiss the
28 Complaint would unnecessarily burden the Court and the parties and therefore respectfully request

1  that the Initial Case Management Conference currently scheduled for October 18, 2016 be
2  rescheduled for a date 30 days after the Court issues an order resolving Defendants' anticipated
3  motion to dismiss the Complaint;

4      NOW, THEREFORE, the parties hereby agree and stipulate that the Initial Case
5  Management Conference shall be rescheduled from October 18, 2016 until 30 days after the Court
6  issues an order resolving Defendants' anticipated motion to dismiss the Complaint, with the Case
7  Management Statement due no later than seven days before the Initial Case Management
8  Conference.

9  DATED: September 29, 2016    ROBBINS GELLER RUDMAN
10                                                                         &DOWD LLP
                                                                        SHAWN A. WILLIAMS
11                                                                         WILLOW E. RADCLIFFE
                                                                        MATTHEW S. MELAMED

13                                                                       s/ Matthew S. Melamed
                                                                      MATTHEW S. MELAMED

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

MOTLEY RICE LLC
JAMES M. HUGHES
WILLIAM S. NORTON
CHRISTOPHER F. MORIARTY
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)

Co-Lead Counsel for Plaintiffs

DATED:  September 29, 2016    MORRISON & FOERSTER
                                                       JORDAN ETH
                                                       MARK R.S. FOSTER

                                                                    s/ Mark R.S. Foster
                                                                   MARK R.S. FOSTER

425 Market Street
San Francisco, CA  94105-2482
Telephone:  415/268-7000
416/268-7522 (fax)

Attorneys for Defendants

I, Matthew S. Melamed, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Reschedule the Initial Case Management Conference.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Mark R.S. Foster has concurred in this filing.

                                          s/ Matthew S.Melamed
                                          MATTHEW S. MELAMED

\*    \*    \*

**O R D E R**

IT IS SO ORDERED. The CMC is reset for 2/2/17 at 1:30 p.m.  A joint CMC statement shall be filed by 1/26/17.

DATED: ~~9/30/16~~  _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 29, 2016.

    s/ Matthew S. Melamed
MATTHEW S. MELAMED

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:mmelamed@rgrdlaw.com

1191373_1

## Mailing Information for a Case 3:15-cv-00347-EMC In Re: LeapFrog Enterprise, Inc. Securities Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,dawn.hartman@ksfcounsel.com

- **Jordan Eth**
  jeth@mofo.com,gmartinez@mofo.com,jrahman@mofo.com

- **Mark R.S. Foster**
  mfoster@mofo.com,lroiz@mofo.com,kmaccardle@mofo.com,rbarajas@mofo.com

- **James Michael Hughes**
  jhughes@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Matthew Seth Melamed**
  mmelamed@rgrdlaw.com,e_file_SF@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,ptiffith@rgrdlaw.com,mmelamed@rgrdlaw.com,katerinap@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)