ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MATTHEW S. MELAMED (260272)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
willowr@rgrdlaw.com
mmelamed@rgrdlaw.com

MOTLEY RICE LLC
JAMES M. HUGHES (*pro hac vice*)
WILLIAM S. NORTON
CHRISTOPHER F. MORIARTY
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)
jhughes@motleyrice.com
bnorton@motleyrice.com
cmoriarty@motleyrice.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC. SECURITIES LITIGATION | Master File No. 3:15-cv-00347-EMC |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO SUBMIT A PROPOSED PREMEDIATION DISCOVERY PLAN |
| ALL ACTIONS. | |

1256800_1

Pursuant to Civil Local Rules 6-2 and 7-12, the parties – lead plaintiff KBC Asset Management NV ("Lead Plaintiff") and defendants LeapFrog Enterprises, Inc., John Barbour, and Raymond L. Arthur ("Defendants") – by and through their undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on multiple occasions the Court has granted the parties' stipulated request to continue the scheduled Initial Case Management Conference ("CMC") so that it is held at the same time as hearings on Defendants' motions to dismiss (Dkt. Nos. 49, 69, 96, 99, 108);

WHEREAS, the Court's February 24, 2017 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (Dkt. No. 117) scheduled a CMC for April 6, 2017;

WHEREAS, a CMC was held on April 6, 2017 (Dkt. No. 123), wherein the Court directed the parties to meet and confer regarding a pre-mediation discovery plan to submit by stipulation to the Court by April 20, 2017 (Dkt. No. 123);

WHEREAS, the parties are continuing to discuss a private mediator for this action and an appropriate pre-mediation discovery plan;

WHEREAS, the parties have conferred and agreed, subject to Court approval, that an additional week to confer regarding an appropriate pre-mediation discovery plan to submit to the Court is necessary;

NOW, THEREFORE, the parties hereby agree and stipulate that the parties will submit a pre-mediation discovery plan to the Court by April 27, 2017.

DATED: April 18, 2017               ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                    SHAWN A. WILLIAMS
                                    WILLOW E. RADCLIFFE
                                    MATTHEW S. MELAMED


                                          s/ Matthew S. Melamed
                                        MATTHEW S. MELAMED

1256800_1

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO
SUBMIT A PROPOSED PREMEDIATION DISCOVERY PLAN - 3:15-cv-00347-EMC           - 1 -

| | |
|---|---|
| 1 | Post Montgomery Center |
| 2 | One Montgomery Street, Suite 1800 |
|   | San Francisco, CA 94104 |
| 3 | Telephone: 415/288-4545 |
|   | 415/288-4534 (fax) |
| 4 | |
|   | MOTLEY RICE LLC |
| 5 | JAMES M. HUGHES |
|   | WILLIAM S. NORTON |
| 6 | CHRISTOPHER F. MORIARTY |
|   | 28 Bridgeside Blvd. |
| 7 | Mount Pleasant, SC 29464 |
|   | Telephone: 843/216-9000 |
| 8 | 843/216-9450 (fax) |
| 9 | Co-Lead Counsel for Plaintiffs |

DATED: April 18, 2017

MORRISON & FOERSTER
JORDAN ETH
MARK R.S. FOSTER

              s/ Mark R.S. Foster
              MARK R.S. FOSTER

425 Market Street
San Francisco, CA 94105-2482
Telephone: 415/268-7000
416/268-7522 (fax)

Attorneys for Defendants

1256800_1

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO
SUBMIT A PROPOSED PREMEDIATION DISCOVERY PLAN - 3:15-cv-00347-EMC    - 2 -

1  I, Matthew S. Melamed, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order to Extend the Deadline to Submit a Proposed Premediation
3  Discovery Plan. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Mark R.S. Foster
4  has concurred in this filing.

    s/ Matthew S. Melamed
    MATTHEW S. MELAMED

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/19/17

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Edward M. Chen

# CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 18, 2017.

s/ Matthew S. Melamed
MATTHEW S. MELAMED

ROBBINS GELLER RUDMAN
   & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: mmelamed@rgrdlaw.com

1256800_1

# Mailing Information for a Case 3:15-cv-00347-EMC In Re: LeapFrog Enterprise, Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,dawn.hartman@ksfcounsel.com

- **Jordan Eth**
  jeth@mofo.com,gerri-martinez-2359@ecf.pacerpro.com,jordan-eth-3756@ecf.pacerpro.com,gmartinez@mofo.com,jrahman@mofo.com

- **Mark R.S. Foster**
  mfoster@mofo.com,lroiz@mofo.com,linda-roiz-3645@ecf.pacerpro.com,mark-rs-foster-7528@ecf.pacerpro.com,kmaccardle@mofo.com,rbarajas@mofo.com

- **James Michael Hughes**
  jhughes@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Matthew Seth Melamed**
  mmelamed@rgrdlaw.com,e_file_SF@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Christopher Francis Moriarty**
  cmoriarty@motleyrice.com

- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,ptiffith@rgrdlaw.com,mmelamed@rgrdlaw.com,katerinap@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`