1  ROBBINS GELLER RUDMAN
       & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
   WILLOW E. RADCLIFFE (200087)
3  MATTHEW S. MELAMED (260272)
   Post Montgomery Center
4  One Montgomery Street, Suite 1800
   San Francisco, CA  94104
5  Telephone: 415/288-4545
   415/288-4534 (fax)
6  shawnw@rgrdlaw.com
   willowr@rgrdlaw.com
7  mmelamed@rgrdlaw.com

8  MOTLEY RICE LLC
   JAMES M. HUGHES (*pro hac vice*)
9  WILLIAM S. NORTON
   CHRISTOPHER F. MORIARTY
10 28 Bridgeside Blvd.
   Mount Pleasant, SC  29464
11 Telephone: 843/216-9000
   843/216-9450 (fax)
12 jhughes@motleyrice.com
   bnorton@motleyrice.com
13 cmoriarty@motleyrice.com

14 Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC. SECURITIES LITIGATION | Master File No. 3:15-cv-00347-EMC |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [P~~ROP~~OSED] ORDER TO EXTEND THE MEDIATION DEADLINE AND CONTINUE THE CASE MANAGEMENT CONFERENCE |
| ALL ACTIONS. | |

1267216_1

Pursuant to Civil Local Rules 6-2 and 7-12, the parties – lead plaintiff KBC Asset Management NV ("Lead Plaintiff") and defendants LeapFrog Enterprises, Inc., John Barbour, and Raymond L. Arthur ("Defendants") – by and through their undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on April 6, 2017, the Court directed the parties to complete private mediation and file an updated joint case management statement by July 6, 2017, and scheduled a case management conference for July 13, 2017 at 1:30 p.m. (Dkt. No. 123);

WHEREAS, on multiple occasions the Court has granted the parties' stipulated request to continue the scheduled Initial Case Management Conference so that it was held at the same time as hearings on Defendants' motions to dismiss (Dkt. Nos. 49, 69, 96, 99, 108), and on April 18, 2017, the Court granted the parties stipulated request to extend the deadline to submit a proposed premediation discovery plan (Dkt. No. 124);

WHEREAS, the parties have agreed to engage the Honorable James Ware (Ret.) to preside over a private mediation of this action;

WHEREAS, Judge Ware is unavailable during the last two weeks of June and the month of July;

WHEREAS, the parties and third parties are currently in the process of gathering documents for production in accordance with the Joint Pre-Mediation Discovery Plan submitted on April 27, 2017 (Dkt. No. 127);

WHEREAS, the parties and Judge Ware are available for mediation on August 30, 2017;

WHEREAS, the parties have conferred and agreed, subject to Court approval, that: (i) the deadline to conduct private mediation should be continued to September 7, 2017; (ii) the deadline to file an updated joint case management statement should be extended to September 7, 2017; and (iii) the case management conference should be continued to September 14, 2017 at 1:30 p.m., or to another time convenient to the Court;

NOW, THEREFORE, the parties hereby agree and stipulate that:

    (i)    the deadline to conduct private mediation is continued to September 7, 2017;

1267216_1

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE MEDIATION DEADLINE AND CONTINUE THE CASE MANAGEMENT CONFERENCE - 3:15-cv-00347-EMC - 1 -

(ii) the deadline to file an updated joint case management statement is continued to September 7, 2017; and

(iii) the case management conference is continued to September 14, 2017 at 10:30 a.m. ~~1:30 p~~.m., or to another time convenient to the Court.

DATED: May 25, 2017

ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MATTHEW S. MELAMED

s/ Matthew S. Melamed
MATTHEW S. MELAMED

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

MOTLEY RICE LLC
JAMES M. HUGHES
WILLIAM S. NORTON
CHRISTOPHER F. MORIARTY
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)

Co-Lead Counsel for Plaintiffs

DATED: May 25, 2017

MORRISON & FOERSTER
JORDAN ETH
MARK R.S. FOSTER

s/ Mark R.S. Foster
MARK R.S. FOSTER

425 Market Street
San Francisco, CA 94105-2482
Telephone: 415/268-7000
416/268-7522 (fax)

Attorneys for Defendants

1    I, Matthew S. Melamed, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order to Extend the Mediation Deadline and Continue the Case
3  Management Conference. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Mark
4  R.S. Foster has concurred in this filing.

                                                       s/ Matthew S. Melamed
                                                       MATTHEW S. MELAMED

                                        *     *     *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED. (modified above)

DATED: 5/31/17

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on May 25, 2017, I authorized the electronic filing of the foregoing with |
| 3 | the Clerk of the Court using the CM/ECF system which will send notification of such filing to the |
| 4 | e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I |
| 5 | caused to be mailed the foregoing document or paper via the United States Postal Service to the non- |
| 6 | CM/ECF participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct. Executed on May 25, 2017. |

<u>s/ Matthew S. Melamed</u>
MATTHEW S. MELAMED

ROBBINS GELLER RUDMAN
   & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: mmelamed@rgrdlaw.com

1267216_1

## Mailing Information for a Case 3:15-cv-00347-EMC In Re: LeapFrog Enterprise, Inc. Securities Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,dawn.hartman@ksfcounsel.com

- **Jordan Eth**
  jeth@mofo.com,gerri-martinez-2359@ecf.pacerpro.com,jordan-eth-3756@ecf.pacerpro.com,gmartinez@mofo.com,jrahman@mofo.com

- **Mark R.S. Foster**
  mfoster@mofo.com,lroiz@mofo.com,linda-roiz-3645@ecf.pacerpro.com,mark-rs-foster-7528@ecf.pacerpro.com,kmaccardle@mofo.com,rbarajas@mofo.com

- **James Michael Hughes**
  jhughes@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Matthew Seth Melamed**
  mmelamed@rgrdlaw.com,e_file_SF@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Christopher Francis Moriarty**
  cmoriarty@motleyrice.com

- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,ptiffith@rgrdlaw.com,mmelamed@rgrdlaw.com,katerinap@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)