1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  MARK R.S. FOSTER (CA SBN 223682)
   MFoster@mofo.com
3  RYAN M. KEATS (CA SBN 296463)
   RKeats@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendants
   LEAPFROG ENTERPRISES, INC., JOHN BARBOUR, and
8  RAYMOND L. ARTHUR

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14  IN RE LEAPFROG ENTERPRISES, INC.          Case No.    3:15-CV-00347-EMC
    SECURITIES LITIGATION
15                                            CLASS ACTION

16                                            STIPULATION AND
    This Document Relates To:                 [PROPOSED] SCHEDULING
17                                            ORDER
        ALL ACTIONS
18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 7-12, the parties – lead plaintiff KBC Asset Management NV ("Lead Plaintiff") and defendants LeapFrog Enterprises, Inc., John Barbour, and Raymond L. Arthur ("Defendants") – by and through their undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on July 5, 2017, Defendants filed their Motion for Leave to File Motion For Reconsideration of February 24, 2017 Order In Light Of Recent Change In Controlling Law ("Motion");

WHEREAS, Lead Plaintiff intends to oppose the Motion;

WHEREAS, Lead Plaintiff has requested that it have until August 3, 2017 to respond to the Motion in light of their counsel's deadlines in other matters and additional previously scheduled conflicts;

NOW, THEREFORE, the parties hereby agree and stipulate, subject to Court approval, as follows:

1. Lead Plaintiff shall file its opposition to the Motion on or before August 3, 2017.

1

DATED: July 6, 2017

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MATTHEW S. MELAMED

_/s/ Matthew S. Melamed_
MATTHEW S. MELAMED

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

MOTLEY RICE LLC
JAMES M. HUGHES
WILLIAM S. NORTON
CHRISTOPHER F. MORIARTY
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)

Co-Lead Counsel for Plaintiffs

DATED: July 6, 2017

MORRISON & FOERSTER LLP
JORDAN ETH
MARK R.S. FOSTER
RYAN M. KEATS

_/s/ Mark R.S. Foster_
MARK R.S. FOSTER

425 Market Street
San Francisco, CA 94105-2482
Telephone: 415/268-7000
415/268-7522 (fax)

Counsel for Defendants

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____ 7/7/17



**HON. EDWARD M. CHEN**
UNITED STATES DISTRICT JUDGE

## ATTESTATION

I, Mark R.S. Foster, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] SCHEDULING ORDER**.  In compliance with Civil L.R. 5-1, I hereby attest that Matthew S. Melamed concurred in this filing.

_/s/ Mark R.S. Foster_
MARK R.S. FOSTER