ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MATTHEW S. MELAMED (260272)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
willowr@rgrdlaw.com
mmelamed@rgrdlaw.com

MOTLEY RICE LLC
JAMES M. HUGHES (*pro hac vice*)
WILLIAM S. NORTON
CHRISTOPHER F. MORIARTY (*pro hac vice*)
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)
jhughes@motleyrice.com
bnorton@motleyrice.com
cmoriarty@motleyrice.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC. SECURITIES LITIGATION | Master File No. 3:15-cv-00347-EMC |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [P~~ROPOS~~ED] ORDER TO EXTEND THE CLASS CERTIFICATION DEADLINES |
| ALL ACTIONS. | |

1299294_1

Pursuant to Civil Local Rules 6-2 and 7-12, the parties – lead plaintiff KBC Asset Management NV ("Lead Plaintiff") and defendants LeapFrog Enterprises, Inc., John Barbour, and Raymond L. Arthur ("Defendants") – by and through their undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, the Court has previously made time modifications in this case (Dkt. Nos. 49, 69, 96, 99, 108, 125, 130, 133);

WHEREAS, this is the first request for a modification of the deadlines to move for class certification;

WHEREAS, on April 6, 2017, the Court referred this case to private mediation and ordered that private mediation be completed by July 6, 2017 (Dkt. No. 123);

WHEREAS, the parties anticipate that class certification may require discovery from the class representative, the submission of expert reports, and depositions of the experts;

WHEREAS, the Court also ordered that, in the event the case does not settle, Lead Plaintiff's class certification motion shall be filed by September 7, 2017, and oral argument shall be heard on December 7, 2017, with the parties to agree on a briefing schedule and submit the stipulated schedule to the Court (Dkt. No. 123);

WHEREAS, on May 31, 2017, the Court continued the deadline to conduct private mediation to September 7, 2017 due to availability of the parties and the Honorable James Ware (Ret.), who will preside over the private mediation (Dkt. No. 130);

WHEREAS, proceeding to class certification on the schedule that existed when the mediation was scheduled to take place in July may, at this point, needlessly waste judicial resources and may constitute a substantial and unnecessary burden on the parties;

WHEREAS, the parties have conferred and agreed that, subject to Court approval, the deadline for Lead Plaintiff to move for class certification should be continued to November 7, 2017; Defendants shall have until December 21, 2017 to file any opposition to class certification; Lead Plaintiff shall have until February 7, 2018 to file any reply in support of class certification; and oral argument should be continued to March 1, 2018 at 1:30 p.m. or to another date and time convenient to the Court other than February 22, 2017; and

WHEREAS, the parties agree that, in the event anyone other than Lead Plaintiff moves for appointment as class representative, the parties will revisit this schedule to ensure Defendants have sufficient time to take discovery relevant to the class certification determination regarding the previously unnamed proposed representative;

NOW, THEREFORE, the parties hereby agree and stipulate that:

1. The deadline for Lead Plaintiff to move for class certification is continued to November 7, 2017;

2. Defendants shall have until December 21, 2017 to file any opposition to class certification;

3. Lead Plaintiff shall have until February 7, 2018 to file any reply in support of class certification; and

4. Oral argument on Lead Plaintiff's class certification motion shall be rescheduled for March 1, 2018 at 1:30 p.m., or another date and time convenient to the Court other than February 22, 2018.

DATED: August 17, 2017      ROBBINS GELLER RUDMAN
       & DOWD LLP
       SHAWN A. WILLIAMS
       WILLOW E. RADCLIFFE
       MATTHEW S. MELAMED

       s/ Matthew S. Melamed
       MATTHEW S. MELAMED

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

MOTLEY RICE LLC
JAMES M. HUGHES
WILLIAM S. NORTON
CHRISTOPHER F. MORIARTY
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)

Co-Lead Counsel for Plaintiffs

DATED: August 17, 2017

MORRISON & FOERSTER
JORDAN ETH
MARK R.S. FOSTER

_____Mark R.S. Foster_____
MARK R.S. FOSTER

425 Market Street
San Francisco, CA 94105-2482
Telephone: 415/268-7000
416/268-7522 (fax)

Attorneys for Defendants

I, Matthew S. Melamed, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend the Class Certification Deadlines. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Mark R.S. Foster has concurred in this filing.

_____s/ Matthew S. Melamed_____
MATTHEW S. MELAMED

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 22, 2017  _____
THE HONORABLE
UNITED STATES

IT IS SO ORDERED
Judge Edward M. Chen

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 17, 2017.

s/ Matthew S. Melamed
MATTHEW S. MELAMED

ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: mmelamed@rgrdlaw.com

1299294_1

# Mailing Information for a Case 3:15-cv-00347-EMC In Re: LeapFrog Enterprise, Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,dawn.hartman@ksfcounsel.com

- **Jordan Eth**
  jeth@mofo.com,jordan-eth-3756@ecf.pacerpro.com,tkhadoo@mofo.com,trina-khadoo-5939@ecf.pacerpro.com

- **Mark R.S. Foster**
  mfoster@mofo.com,lroiz@mofo.com,linda-roiz-3645@ecf.pacerpro.com,mark-rs-foster-7528@ecf.pacerpro.com,kmaccardle@mofo.com,rbarajas@mofo.com

- **James Michael Hughes**
  jhughes@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Matthew Seth Melamed**
  mmelamed@rgrdlaw.com,e_file_SF@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Christopher Francis Moriarty**
  cmoriarty@motleyrice.com

- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,ptiffith@rgrdlaw.com,mmelamed@rgrdlaw.com,katerinap@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`