JORDAN ETH (CA SBN 121617)
JEth@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
RYAN M. KEATS (CA SBN 296463)
RKeats@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
LEAPFROG ENTERPRISES, INC., JOHN BARBOUR, and
RAYMOND L. ARTHUR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LEAPFROG ENTERPRISES, INC. SECURITIES LITIGATION | Case No. 3:15-CV-00347-EMC |
| | **CLASS ACTION** |
| This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

Pursuant to Civil Local Rule 7-12, the parties – lead plaintiff KBC Asset Management NV ("Lead Plaintiff") and defendants LeapFrog Enterprises, Inc., John Barbour, and Raymond L. Arthur ("Defendants") – by and through their undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on April 6, 2017, the Court directed the parties to complete private mediation and file an updated joint case management statement by July 6, 2017, and scheduled a case management conference for July 13, 2017 at 1:30 p.m. (Dkt. No. 123);

WHEREAS, on multiple occasions the Court has granted the parties' stipulated request to continue the scheduled Initial Case Management Conference so that it was held at the same time as hearings on Defendants' motions to dismiss (Dkt. Nos. 49, 69, 96, 99, 108);

WHEREAS, on May 31, 2017, the Court granted the parties' stipulated request to extend the deadline to conduct private mediation and to file an updated joint case management statement to September 7, 2017, in light of the mediator's schedule, and to continue the July 13, 2017 case management conference to September 14, 2017;

WHEREAS, the parties conducted private mediation on August 30, 2017, but were unable to reach a negotiated resolution of the action;

WHEREAS, lead trial counsel for Defendants plans to appear on behalf of Defendants at the next case management conference, but will be out of the country on September 14, 2017;

WHEREAS, the parties have conferred and agreed, subject to Court approval, that: (i) the deadline to file an updated joint case management statement should be extended to September 21, 2017; and (ii) the case management conference scheduled for September 14, 2017 should be continued to September 28, 2017 at 10:30 a.m.

NOW, THEREFORE, the parties hereby agree and stipulate, subject to Court approval, as follows:

1. The deadline for the parties to file an updated joint case management statement is extended to September 21, 2017;

2. The case management conference scheduled for September 14, 2017 is continued to September 28, 2017 at 10:30 a.m.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 6, 2017 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 3 | | SHAWN A. WILLIAMS |
| | | WILLOW E. RADCLIFFE |
| 4 | | MATTHEW S. MELAMED |

*/s/ Matthew S. Melamed*
MATTHEW S. MELAMED

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

MOTLEY RICE LLC
JAMES M. HUGHES
WILLIAM S. NORTON
CHRISTOPHER F. MORIARTY
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)

Co-Lead Counsel for Plaintiffs

DATED: July 6, 2017

MORRISON & FOERSTER LLP
JORDAN ETH
MARK R.S. FOSTER
RYAN M. KEATS

*/s/ Ryan M. Keats*
RYAN M. KEATS

425 Market Street
San Francisco, CA 94105-2482
Telephone: 415/268-7000
415/268-7522 (fax)

Counsel for Defendants

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/5/17

**HON. EDWARD M. CHEN**
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen*

# **ATTESTATION**

I, Ryan M. Keats, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] SCHEDULING ORDER**. In compliance with Civil L.R. 5-1, I hereby attest that Matthew S. Melamed concurred in this filing.

*/s/ Ryan M. Keats*
RYAN M. KEATS
