UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | Master File No. 3:15-cv-00347-EMC<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION |
| This Document Relates To:<br><br>   ALL ACTIONS. | | |

1467818_1

1  THIS MATTER having come before the Court on Lead Plaintiff's Motion for Final Approval
2  of Class Action Settlement and Plan of Allocation of Settlement Proceeds (ECF No. 184) in the
3  above-captioned action; the Court having considered all papers filed and proceedings herein and
4  otherwise being fully informed of the matters hereto;

5  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

6  1.   For purposes of this Order, the terms used herein shall have the same meanings as set
7  forth in the Stipulation of Settlement dated February 22, 2018.  ECF No. 170-1.

8  2.   Pursuant to Federal Rule of Civil Procedure 23, this Court hereby finds and concludes
9  that due and adequate notice was directed to Persons who are Settlement Class Members advising
10 them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was
11 accorded to such Persons and entities who are Settlement Class Members to be heard with respect to
12 the Plan of Allocation.

13 3.   The Court hereby finds and concludes that the formula for the calculation of the
14 claims of Authorized Claimants, which is set forth in the Notice of Proposed Settlement of Class
15 Action (the "Notice") sent to Settlement Class Members, provides a fair and reasonable basis upon
16 which to allocate the proceeds of the Net Settlement Fund provided by the Settlement among eligible
17 Settlement Class Members, with due consideration having been given to administrative convenience
18 and necessity.

19 4.   The Court hereby finds and concludes that the Plan of Allocation, as set forth in the
20 Notice, is, in all respects, fair and reasonable, and the Court hereby approves the Plan of Allocation.

21 IT IS SO ORDERED.

22
23 DATED: October 26, 2018       _____
                                  HONORABLE EDWARD M. CHEN
24                                UNITED STATES DISTRICT JUDGE

